AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

2018 OCT 19   PM 2:21

KANSAS C... ...S

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   18-po-70008 |
| Raymond Quinones, Jr. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Raymond Quinones, Jr.                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:

  Failure to appear

Date:     10/19/2018

City and state:     KCK

s/Yolanda J. Holman
*Issuing officer's signature*

Yolanda J. Holman/Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                           _____ *Arresting officer's signature* |
| _____ *Printed name and title* |